IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | NO. 08-375-02 |
| | : | |
| vs. | : | |
| | : | CIVIL ACTION |
| BRUCE GREGGS | : | NO. 11-6997 |

## O R D E R

**AND NOW**, this 7th day of June, 2012, upon consideration of the defendant's motion to vacate, set aside, or correct his sentence pursuant to § 28 U.S.C. § 2255 (Document #78), and the government's response thereto (Document #79), IT IS HEREBY ORDERED that:

(1) The motion is DENIED in its entirety.

(2) There is no probable cause to issue a certificate of appealability.

(3) The Clerk of the Court shall mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.